IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DEBORAH M. FISHER,            )<br>                               )<br>            Plaintiff,         )  CIVIL ACTION NO. 02-1920<br>                               )<br>     v.                        )<br>                               )<br> MICHAEL J. ASTRUE,            )  JUDGE GARY L. LANCASTER<br> Commissioner of Social        )  MAGISTRATE JUDGE CAIAZZA<br> Security,                     )<br>                               )<br>            Defendant.         )<br>                               ) | |

MEMORANDUM ORDER

On November 8, 2002,, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On February 5, 2003, the unopposed Motion for Remand to the Commissioner (Doc. 3) was granted by the District Court, and the case was closed. On March 19, 2007, the Commissioner's Motion to Reopen the Case (Doc.4) was granted by the District Court.

On September 6, 2007, the magistrate judge issued a Report and Recommendation (Doc. 15) recommending that the District Court

grant the Defendant's Motion for Summary Judgment (Doc. 13), and deny Fisher's Motion for Summary Judgment (Doc. 9). Service of the Report and Recommendation was made on all parties. Objections to the Report and Recommendation (Doc. 16) were filed by the claimant on September 20, 2007. The Commissioner did not file a response.

Following a review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following order is entered:

AND NOW, this 5th day of October 2007, IT IS HEREBY ORDERED that the Defendant's Motion for Summary Judgment (Doc. 13) is **GRANTED**, and that the Claimant Fisher's Motion for Summary Judgment (Doc. 9) is **DENIED**.

The Report and Recommendation of Magistrate Judge Caiazza (Doc. 16) dated September 6, 2007, is hereby adopted as the opinion of the court.

_____
Gary L. Lancaster
U. S. District Judge

cc:

Francis X. Caiazza
United States Magistrate Judge

Attorneys of Record
Via Electronic Mail

2